UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Calvin Tyrone Norton, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Jeffrey Rosier, | ) | No. 7:14-CV-260-BO |
| City of Whiteville, | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 11] is GRANTED. The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims and these claims are DISMISSED without prejudice. Plaintiff's Motion for Entry of Default [DE 14] is DENIED, and plaintiff's case is hereby DISMISSED in its entirety.

**This judgment filed and entered on March 5, 2015, and served on:**

Clay Collier (via CM/ECF Notice of Electronic Filing)
Calvin Tyrone Norton (via US Mail at PO Box 1145, Whiteville, NC 28472)

March 5, 2015                                     /s/ Julie Richards Johnston,
                                                  Clerk of Court