IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:14-cv-00260-FL

| | |
|---|---|
| CALVIN TYRONE NORTON,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROSIER, in his individual capacity,<br><br>Defendant. | **ORDER ON PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA ISSUED TO THE NORTH CAROLINA CRIMINAL JUSTICE EDUCATION AND TRAINING STANDARDS COMMISSION AND FOR LEAVE TO TAKE DEPOSITIONS** |

THIS MATTER is before the Court on Plaintiff's Motion to Compel Compliance with Subpoena Issued to the North Carolina Criminal Justice Education and Training Standards Commission and for Leave to Take Depositions (the "Motion").

THE COURT, having considered the Motion and documents presented for the Court's review, and other appropriate matters of record, in its discretion, FINDS and CONCLUDES for good cause shown that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED that:

1. The Motion is granted.

2. The Commission shall comply with the terms of the Subpoena issued on April 6, 2018, and shall provide to Plaintiff all requested documents within __28__ days of the date of this Order.

3. All documents produced in compliance with the Subpoena shall be designated as "Confidential" and shall not be published, disseminated, or otherwise used in any manner other than in connection with this litigation.

4. Plaintiff has this Court's Leave to take the deposition testimony of Commission Investigator Judy Kelley and Commission Investigator Jenny Howell.

1

SO ORDERED, this the  15th day of     May    , 2018.

                                            HON. LOUISE W. FLANAGAN
                                            United States District Judge