IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:14-cv-00260-FL

CALVIN TYRONE NORTON,

        Plaintiff,

v.                                                                              **ORDER**

JEFFREY ROSIER, in his individual capacity,

        Defendant.

      This matter is before the Court on Plaintiff Calvin Tyrone Norton's Consent Motion to modify the July 9, 2018 Consent Order (the "Motion"). For good cause shown, the Court hereby grants Plaintiff's Motion. The parties shall be allowed 30 additional days, to and including October 5, 2018, to disclose any expert witnesses and serve any expert reports.

      SO ORDERED, this the 4th day of September, 2018.

_____
Honorable Louise W. Flanagan
United States District Court Judge