IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:14-cv-00260-FL

| CALVIN TYRONE NORTON, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JEFFREY ROSIER, in his individual capacity, | |
| Defendant. | |

This matter is before the Court on Plaintiff Calvin Tyrone Norton's Motion to Seal (the "Motion"). Plaintiff seeks leave to file under seal Exhibit B to his Memorandum of Law in Support of Motion for Disallowance Regarding Defendant's Bill of Costs.

For good cause shown, the Court hereby grants Plaintiff's Motion. Accordingly, Exhibit B to Plaintiff's Memorandum of Law in Support of Motion for Disallowance Regarding Defendant's Bill of Costs shall be filed and shall remain under seal.

SO ORDERED, this the 10th day of April, 2019.

_____
Honorable Louise W. Flanagan
United State District Court Judge